# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

           Plaintiff,

v.

 Mahad Ibrahim (3),

           Defendant.

Criminal No. 22-124 (3) (NEB/TNL)

**ORDER**

Before the Court is Defendant Mahad Ibrahim's Motion to Modify Conditions of Release (ECF No. 186).  The Government and Pretrial Services do not object to the motion.

Based upon the all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (ECF No. 186) is **GRANTED** to the extent set forth herein. Defendant's conditions of release are modified as follows:

1. Defendant is allowed to leave the State of Minnesota for two business trips to travel to San Francisco on December 14, 2022 through December 16, 2022, and to Houston on January 16, 2023 through January 18, 2023.

2. All previously ordered conditions shall remain in effect, except as expressly modified herein.

Dated:  December 8, 2022

    *s/Tony N. Leung*
TONY N. LEUNG
United States Magistrate Judge