UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-124(3) (NEB/TNL) |
| Plaintiff, | |
| v. | **MOTION TO SEAL** |
| ABDIAZIZ SHAFII FARAH, *ET AL.*, | |
| Defendant. | |

Defendant Mahad Ibrahim, by and through his undersigned attorneys, respectfully moves the Court for an Order permitting him to file a document under seal.

Date: March 3, 2025                                Respectfully submitted,

By:  */s/ William J. Mauzy*
William J. Mauzy (#68974)
William R. Dooling (#0402244)
Mauzy Law Office, PA
650 Third Avenue South
Suite 260
Minneapolis, MN 55402
(612) 340-9108
wmauzy@mauzylawfirm.com
wdooling@mauzylawfirm.com
*Attorneys for Defendant*

1