UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-124 (3) (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| MAHAD IBRAHIM, | |
| Defendant. | |

Before the Court is Defendant Mahad Ibrahim's Motion to Seal in the above-entitled matter. (ECF No. 798) After a review of the files and records herein IT IS HEREBY ORDERED:

1. Defendant's Motion to Seal is GRANTED.

2. Defendant Ibrahim is permitted to file a document under seal.

DATED: March 3, 2025

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge